UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, et al.<br><br>Defendants. | Civil Action No. 25-cv-1051 |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2025, I filed Plaintiff's Motion for Preliminary Injunction and Partial Summary Judgment, the memorandum of law in support of motion, Plaintiff's Statement of Material Facts as to Which There is No Genuine Issue, the Declaration of Christina L. Wentworth, the Declaration of Samuel Bagenstos, the Declaration of Joseph Carlile, the Declaration of Kenneth Schwartz, and a proposed order using the Court's CM/ECF system, which effected service on all counsel of record. In addition, I served a true and correct copy of the foregoing documents via email to counsel for Defendants, who has consented to service by email.

/s/ *Wendy Liu*
Wendy Liu