IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:25-cv-01051-EGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **[PROPOSED] ORDER**

The Court, having fully considered Plaintiff's Motion for Preliminary Injunction and for Partial Summary Judgment and the parties' respective submissions in support thereof and in opposition thereto, HEREBY ORDERS that the Motion be DENIED.

IT IS SO ORDERED, this _____ day of _____, 2025.

_____
Hon. Emmet G. Sullivan
Senior United States District Judge

1