UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, et al.<br><br>Defendants. | Civil Action No. 25-cv-1051 |

**[PROPOSED] ORDER**

On consideration of Plaintiff Citizens for Responsibility and Ethics in Washington's motion for a preliminary injunction and partial summary judgment, the opposition thereto, the reply memorandum, the parties' supplemental briefing, and the full record in this case, it is hereby

**ORDERED** that summary judgment is **GRANTED** in favor of Plaintiff.

And it is further **DECLARED** that Defendants' removal of the Public Apportionments Database and public access to apportionment information violates the Consolidated Appropriations Act, 2023 (2023 Act) and the Paperwork Reduction Act; and it is further

**ORDERED** that Defendants' action removing the Public Apportionments Database and public access to apportionment information is **VACATED** and **SET ASIDE**, and that Defendants accordingly shall restore the Public Apportionments Database and make publicly available the apportionment information required to be disclosed by the Consolidated Appropriations Act, 2022 (2022 Act) and the 2023 Act; and it is further

**ORDERED** that Defendants are **PERMANENTLY ENJOINED** to make publicly available the apportionment information required to be disclosed by the 2022 and 2023 Acts and

are **PERMANENTLY ENJOINED** from removing the Public Apportionments Database and the apportionment information required to be disclosed by the 2022 and 2023 Acts from a publicly accessible website without statutory authorization.

**SO ORDERED**.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2025