**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON,

                    Plaintiff,

          v.                                    Civil Action No. 25-1051 (EGS)

OFFICE OF MANAGEMENT AND
BUDGET, et al.,

                    Defendants.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and for the reasons stated in the Memorandum Opinion and Order docketed on July 21, 2025, it is hereby

**ORDERED** that the Clerk shall enter final judgment in favor of Plaintiff and against Defendants. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

          **SO ORDERED.**

**Signed:    Emmet G. Sullivan**
            **United States District Judge**
            **July 25, 2025**