UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ) ) ) ) Plaintiff, ) ) v. ) ) OFFICE OF MANAGEMENT AND BUDGET, et al., ) ) ) ) Defendants. ) ) | Civil Action No. 25-cv-1051 |

**PLAINTIFF'S MOTION FOR RELIEF FROM STANDING ORDER NO. 25-55 AND FOR A BRIEFING SCHEDULE**

Plaintiff Citizens for Responsibility and Ethics in Washington (CREW) hereby moves for relief from Standing Order No. 25-55 and for this Court to order a briefing schedule on CREW's September 19, 2025, motion to enforce consistent with the briefing schedule ordered on Protect Democracy's motion to enforce in a related case, *Protect Democracy Project v. U.S. Office of Management and Budget*, No. 25-1111 (D.D.C.). Counsel for CREW has consulted with counsel for defendants, who stated that defendants oppose this motion in light of the lapse in appropriations.

This suit is based on the failure of the defendants, the Office of Management and Budget and its Director (collectively, OMB), to post apportionment information to a publicly accessible database, as required by the Consolidated Appropriations Act, 2022 (2022 Act) and the Consolidated Appropriations Act, 2023 (2023 Act). On July 21, 2025, this Court entered an order requiring OMB to make publicly available the apportionment information required to be disclosed by the 2022 and 2023 Acts and permanently enjoining OMB from ceasing to post apportionment

1

information on a publicly available website as required by the 2022 and 2023 Acts. *See* ECF No. 32. On September 19, 2025, CREW filed a motion to enforce the July 21, 2025, order. *See* ECF No. 39. That same day, Protect Democracy, the plaintiff in the related case, *Protect Democracy*, No. 25-1111, filed a similar motion in that case. *See* ECF No. 41, *Protect Democracy*.

OMB's responses to CREW's and Protect Democracy's motions were due on October 3, 2025, but were not filed. On October 6, 2025, Protect Democracy filed a motion seeking relief from Standing Order No. 25-55, which extends deadlines and stays matters in civil cases involving the federal government, subject to certain exceptions, due to the current government shutdown. *See* In re: Stay of Civil Proceedings Involving the United States in Light of Lapse of Appropriations, Standing Order No. 25-55 (Oct. 1, 2025) (Boasberg, C.J.); ECF No. 43, *Protect Democracy*. On October 10, 2025, this Court granted Protect Democracy's motion. *See* October 10, 2025, Minute Order, *Protect Democracy*. The Court ordered OMB to file its opposition brief to Protect Democracy's motion to enforce by October 20, 2025, and Protect Democracy to file its reply brief by October 27, 2025. *Id*.

CREW requests that the Court likewise lift the stay imposed by Standing Order No. 25-55 in this case and order briefing on CREW's motion to enforce this Court's July 21, 2025, order. As this Court explained in its Minute Order in *Protect Democracy*, a court can "order[] a case to continue" during the shutdown, and, if a court does so, "the Government will comply with the court's order." *Id*. (quoting U.S. Department of Justice FY 2026 Contingency Plan at 1 (Sept. 29, 2025)). This Court has already found that denial of access to the apportionment information required to be made public by the 2022 and 2023 Acts causes CREW irreparable injury, preventing it from "evaluat[ing] ongoing concerns regarding [Impoundment Control Act] violations or provid[ing] the public with insight into how the Executive is spending funds." ECF No. 33 at 53.

And lifting the stay in this case would conserve this Court's resources by enabling the Court to address CREW's and Protect Democracy's motions to enforce at the same time.

Accordingly, CREW respectfully requests that this Court lift the stay imposed by Standing Order No. 25-55 in this case and order OMB to file its opposition brief to CREW's motion to enforce by October 20, 2025, and CREW to file its reply brief by October 27, 2025.

Dated: October 14, 2025

/s/ Adina H. Rosenbaum
Adina H. Rosenbaum (DC Bar No. 490928)
Wendy Liu (DC Bar No. 1600942)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
arosenbaum@citizen.org

Nikhel S. Sus (DC Bar No. 1017937)
Yoseph T. Desta (DC Bar No. 90002042)*
Citizens for Responsibility and Ethics in Washington
1331 F Street NW, Suite 900
Washington, DC 20004
Phone: (202) 408-5565
Fax: (202) 508-5020
nsus@citizensforethics.org
ydesta@citizensforethics.org

*admitted *pro hac vice*

*Counsel for Citizens for Responsibility and Ethics in Washington*