UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>  Plaintiff,<br><br>  v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>  Defendants. | Civil Action No. 25-cv-1051 |

**[PROPOSED] ORDER**

On consideration of Plaintiff Citizens for Responsibility and Ethics in Washington's motion for relief from Standing Order No. 25-55 and for a briefing schedule, it is hereby:

**ORDERED** that Plaintiff's motion is **GRANTED**.

It is further **ORDERED** that the stay imposed by Standing Order No. 25-55 is lifted; and it is further

**ORDERED** that Defendants shall file their opposition brief to Plaintiff's motion to enforce, ECF No. 39, by no later than October 20, 2025, and Plaintiff shall file its reply brief by no later than October 27, 2025.

**SO ORDERED**.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2025