IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>    Defendants. | Case No. 1:25-cv-01051-EGS |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR RELIEF FROM STANDING ORDER NO. 25-55 AND FOR A BRIEFING SCHEDULE**

Executive Branch employees "are generally prohibited, with limited exceptions, from working during the pendency of the lapse in appropriations, even on a voluntary basis." *In re: Stay of Civil Proceedings Involving the United States in Light of Lapse of Appropriations*, Standing Order No. 25-55 (Oct. 1, 2025) (Boasberg, J.). Exceptions are limited to "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342 ("As used in this section, the term 'emergencies involving the safety of human life or the protection of property' does not include ongoing, regular functions of government the suspension of which would not imminently threaten the safety of human life or the protection of property.").

Because Plaintiff's Motion to Enforce, ECF No. 39, does not present any imminent threat to the safety of human life or the protection of property, employees of the Department of Justice and the Office of Management and Budget are not authorized to work on this matter during the pendency of the lapse in appropriations. Moreover, Chief Judge Boasberg's October 1, 2025,

1

order stays the deadline for Defendants' response to Plaintiff's Motion to Enforce. The instant Motion for Relief should be denied.

Dated: October 14, 2025

        Respectfully submitted,

        BRETT A. SHUMATE
        Assistant Attorney General

        ELIZABETH J. SHAPIRO
        Deputy Director

        */s/ Heidy L. Gonzalez*
        HEIDY L. GONZALEZ (FL Bar #1025003)
        United States Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street NW
        Washington, DC 20530
        Tel: (202) 598-7409
        Email: heidy.gonzalez@usdoj.gov

        *Attorneys for Defendants*