**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON,

Plaintiff,

v.

OFFICE OF MANAGEMENT AND
BUDGET, et al.,

Defendants.

Civil Action No. 25-1051 (EGS)

PROTECT DEMOCRACY PROJECT,

Plaintiff,

v.

OFFICE OF MANAGEMENT AND
BUDGET, et al.,

Defendants.

Civil Action No. 25-1111 (EGS)

**JOINT STATUS REPORT**

Plaintiffs Citizens for Responsibility and Ethics in Washington ("CREW") and Protect

Democracy Project ("Protect Democracy") and Defendants Office of Management and Budget

("OMB") and Russell T. Vought submit this Joint Status Report ("JSR"), as required by this

Court's June 26, 2026 Minute Order.

OMB's Statement:

OMB remains committed to publishing spend plans whose terms are incorporated by

reference into apportionment actions through legally binding footnotes. Pursuant to the Court's

1

Order on January 28, 2026, OMB continues to publish identified spend plans that have been incorporated by reference on the public apportionment database.

As stated in OMB's most recent filings, the better metrics for measuring progress in posting incorporated spend plans are the number of identified spend plans and the number of unique accounts. According to number of spend plans, as of June 5, 2026, OMB had identified 161 incorporated spend plans that satisfied one or more binding A footnotes on approved apportionments, where 121 had been posted to the public apportionment database, 28 had not yet been received from the relevant agency, and 12 were still under review. As of this JSR, OMB has identified 162 incorporated spend plans, posted 127 incorporated spend plans, and is still reviewing 6 previously pending review, 1 newly revised spend plan, and 2 recently finalized by the relevant agency.

According to the number of unique accounts, as of June 5, 2026, OMB had identified 212 TAFS that have one or more apportionment actions that include a binding A footnote incorporating an agreed-upon spend plan. Of those accounts, corresponding spend plans had been posted for 131 TAFS, of which 21 TAFS had corresponded to accounts with apportionment actions post-January 28, 2026. 73 unique accounts were awaiting an agreed-upon spend plan, and 8 have corresponding spend plans under review. As of this JSR, the number of unique accounts with corresponding spend plans has increased to 136 TAFS, of which 22 TAFS corresponded to accounts with apportionment actions post-January 28, 2026. 71 unique accounts are awaiting an agreed-upon spend plan, and 5 have corresponding spend plans under review.

Prospectively, OMB also remains committed to developing new procedures and functionality that will allow OMB to publish incorporated spend plans more expeditiously on the public apportionment database. Currently, OMB has an Excel-formatted spend plan template,

and is exploring how to integrate that into the current systems for the public apportionment database that only post incorporated spend plans in PDF format. A semi-automatic publication process akin to that for SF-132s is necessary to achieve rapid publication of agreed upon spend plans in an Excel format, and that does not yet exist.

Plaintiffs' Statement:

OMB's statement reflects that, although more than five months have passed since this Court's January 28, 2026 Order, OMB still has not posted to the Public Apportionments Database all spend plans required to be posted by that Order. Moreover, it demonstrates that OMB is disregarding the statutory requirement that it post newly incorporated-by-reference or newly agreed-upon or revised spend plans within two business days. *See* 31 U.S.C. § 1513 note.

With respect to spend plans that have already been incorporated by reference, despite OMB's assertion in its response to Plaintiffs' motions for compliance deadlines that it is acting expeditiously, OMB has posted only six new spend plans in the month since it filed that response. According to OMB, it still has not posted to the Database six spend plans whose terms have been legally binding since at least the beginning of June, and that delay is due to OMB's internal review processes, rather than to any technological issue. And OMB's assessment of the number of spend plans left to be posted may be incomplete: Plaintiffs are aware of at least one apparent apportionment in an account that has previously incorporated spend plans by reference for which no apportionment documents appear in the Database.[1]

---

[1] In at least one account for the Institute for Educational Sciences, publicly reported data from the Department of Education suggests that an apportionment was approved in May 2026, but OMB has not posted an apportionment or spend plan that reflects this apportionment of funds. Protect Democracy became aware of this apportionment through its work serving as counsel in a different, recently filed case regarding Department of Education apportionments. *See National Center for Learning Disabilities et al. v. Office of Management and Budget*, No. 1:26-cv-13019 (D. Mass. June 30, 2026).

3

With respect to the timing of posting spend plans, OMB has not been posting newly incorporated-by-reference or newly agreed-upon or revised spend plans within two days, as required by the 2022 and 2023 Consolidated Appropriations Acts.  And notably, OMB does not express an intent to begin complying with the two-day requirement, let alone to do so in the near future.

OMB's ongoing failure to post spend plans as required by this Court's January 28 Order impedes Plaintiffs' abilities to monitor and inform the public about the government's spending activities. This Court should grant Plaintiffs' pending motions, set deadlines by which OMB must post the rest of the spend plans required to be posted by this Court's January 28 Order, and require OMB immediately to start posting incorporated-by-reference spend plans within two days of when they become legally binding.

Dated: July 8, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Heidy L. Gonzalez*
HEIDY L. GONZALEZ
(FL Bar #1025003)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 598-7409
Email: heidy.gonzalez@usdoj.gov

*Attorneys for Defendants*

4

/s/ Adina H. Rosenbaum
Adina H. Rosenbaum (DC Bar No. 490928)
Wendy Liu (DC Bar No. 1600942)
Allison M. Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
arosenbaum@citizen.org

*Counsel for CREW*

/s/ Daniel F. Jacobson
Daniel F. Jacobson (D.C. Bar # 1016621)
Kyla M. Snow (D.C. Bar # 90036400)
Jacobson Lawyers Group PLLC
5100 Wisconsin Ave. NW, Suite 301
Washington DC, 20016
(301) 823-1148
dan@jacobsonlawyersgroup.com

*Counsel for Plaintiff Protect Democracy*

5