**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>Defendants. | Civil Action No. 25-1051 (EGS) |
| PROTECT DEMOCRACY PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>Defendants. | Civil Action No. 25-1111 (EGS) |

**JOINT STATUS REPORT**

Plaintiffs Citizens for Responsibility and Ethics in Washington ("CREW") and Protect Democracy Project ("Protect Democracy") and Defendants Office of Management and Budget ("OMB") and Russell T. Vought submit this Joint Status Report ("JSR"), as required by this Court's July 22, 2026, Minute Order.

<u>OMB's Statement</u>:

OMB is in compliance with all Court orders. As OMB has explained in previous filings—*see* CREW Case, ECF No. 50 & Protect Democracy Case, ECF No. 52—the best

metrics for measuring the agency's progress in posting incorporated spend plans are the number of identified spend plans and the number of unique accounts.

As of September 29, 2026, OMB has identified 169 incorporated spend plans that satisfy one or more binding A footnotes on approved apportionments, where 144 have been posted to the public apportionment database, 25 have not yet been received from the relevant agency, and 0 are still under review.

As of September 29, 2026, OMB has identified 212 TAFS that have one or more apportionment actions that include a binding A footnote incorporating an agreed-upon spend plan. Of these accounts, corresponding spend plans have been posted for 143 TAFS, of which 26 TAFS correspond to accounts with apportionment actions post-January 28, 2026—69 unique accounts are still awaiting spend plans from the relevant agency and 0 TAFS have corresponding spend plans under review.

Finally, as of September 29, 2026, 0 TAFS have apportionment actions for Fiscal Year 2027 that include a binding A footnote incorporating an agreed-upon spend plan.

OMB has implemented internal procedures for approving and posting incorporated spend plans. Once approved by the Program Associate Director, Resource Management Office program examiners must upload the incorporated spend plan into an internal system for verification, Section 508 accessibility compliance, and automatic posting to the public apportionment database from that internal system. The program examiners have been instructed to upload the incorporated spend plan expeditiously once approved so posting to the public apportionment database may occur as close to the date of approval as practicable.

Plaintiffs' Statement:

OMB is not in compliance with this Court's orders. As OMB's statement reflects, OMB has *not* been posting newly incorporated-by-reference or newly agreed-upon or revised spend plans within two days, as required by the 2022 and 2023 Consolidated Appropriations Acts. *See* 31 U.S.C. § 1513 note. Notably, while OMB states that it has adopted "internal procedures for approving and posting incorporated spend plans," it has not stated that those procedures provide for posting incorporated-by-reference spend plans within two business days, as required by the Acts.

Although many spend plans do not specify the approval date of the apportionment, Plaintiffs' review of the posted spend plans shows that OMB is uploading spend plans periodically in batches, rather than within two business days as required by law. For example, OMB uploaded batches on July 17, August 1, and September 26. As a result, spend plans titled "April Update" and "May Update" were not uploaded to the database until August 1.

OMB's ongoing failure to post spend plans as required by this Court's January 28 Order and the Acts impedes Plaintiffs' abilities to monitor and inform the public about the government's spending activities. This Court should grant Plaintiffs' pending motions and require OMB immediately to start posting incorporated-by-reference spend plans within two days of when they become legally binding.

Dated: September 30, 2026

Respectfully submitted,

/s/ *Wendy Liu*
Wendy Liu (DC Bar No. 1600942)
Adina H. Rosenbaum (DC Bar No. 490928)
Allison M. Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

Washington, DC 20009
(202) 588-1000
wliu@citizen.org

*Counsel for Plaintiff CREW*

*/s/ Daniel F. Jacobson*
Daniel F. Jacobson (D.C. Bar # 1016621)
Kyla M. Snow (D.C. Bar # 90036400)
Jacobson Lawyers Group PLLC
5100 Wisconsin Ave. NW, Suite 301
Washington DC, 20016
(301) 823-1148
dan@jacobsonlawyersgroup.com

*Counsel for Plaintiff Protect Democracy*

*/s/ Heidy L. Gonzalez*
HEIDY L. GONZALEZ
(FL Bar #1025003)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 598-7409
Email: heidy.gonzalez@usdoj.gov

*Attorneys for Defendants*